EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  3764
Assistant U.S. Attorney

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 2 2003

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  01-00093 ACK |
| | ) | |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | |
| | ) | 18 U.S.C. § 1344 |
| ARTHUR JEREMIAH, | ) | [Bank Fraud] |
| | ) | 18 U.S.C. § 1029 |
| Defendant. | ) | [Access Device Fraud] |
| | ) | |

SUPERSEDING INDICTMENT

COUNTS 1-29

The Grand Jury charges that:

Introduction

At all times material to this Superseding Indictment:

1.    Bank of Hawaii was a financial institution whose

deposits are insured by the Federal Deposit Insurance

Corporation.

2.    In or about July 1983, Hotel Honolulu Pacific Corporation opened checking account no. 02-07855-4 and merchant account no. 88066 at Bank of Hawaii.  The merchant account no. was later converted to account no. 1012-0405-8990.  A merchant account is an account where a bank authorizes a business to conduct credit card transactions, and provides the equipment necessary to process those transactions.  Groups of charges can be submitted to the bank in batches, and the bank then electronically deposits the proceeds of the transactions into a checking account maintained by the merchant.

3.    On or about April 30, 1998, ARTHUR JEREMIAH, the defendant, became president of the Hotel Honolulu Pacific Corporation, and obtained the company's accounts and the equipment necessary to process credit card transactions.

4.    In or about June 1999, ARTHUR JEREMIAH and the Hotel Honolulu Pacific Corporation were evicted from their business premises.

5.    On July 6, 1999, Bank of Hawaii closed merchant account no. 1012-0405-8990 maintained by the Hotel Honolulu Pacific Corporation.

### The Scheme to Defraud

6.    From on or about January 2, 2000, and continuing through on or about March 17, 2000, in the District of Hawaii and elsewhere, ARTHUR JEREMIAH did knowingly execute, and attempt to

2

execute, a scheme and artifice to defraud Bank of Hawaii, a federally chartered and insured financial institution, and to obtain monies, funds and credits owned by and under the custody and control of Bank of Hawaii by means of materially false and fraudulent pretenses and representations, and omissions of material facts, all as more fully set forth below.

7. On or about January 31, 2000, ARTHUR JEREMIAH attempted to reopen Hotel Honolulu Pacific Corporation's merchant account at the Bank of Hawaii, claiming the account had been closed in error. JEREMIAH told the Bank of Hawaii that he was operating the "Hotel Honolulu II," and gave information about the location of the hotel and its head office. JEREMIAH actually knew that he was not operating the "Hotel Honolulu II," and that the addresses which he gave were either non-existent, or a mail-drop at which he received mail.

8. On or about February 9, 2000, ARTHUR JEREMIAH again attempted to reopen Hotel Honolulu Pacific Corporation's merchant account at the Bank of Hawaii, claiming that the account had been closed in error. JEREMIAH failed to disclose that he had been evicted, and was no longer operating the hotel. In reliance on these false statements, and omissions of material facts, Bank of Hawaii reopened the merchant account, and issued equipment which enabled JEREMIAH to process credit card transactions electronically.

3

9.    Beginning on February 16, 2000, and continuing until March 17, 2000, ARTHUR JEREMIAH submitted approximately twenty-nine batches of credit card transactions to Bank of Hawaii through his merchant account.  JEREMIAH made the transactions appear as if they were for the purchase of hotel services, when actually the cardholders had not purchased such services or authorized the transactions.  The submission of the batches of credit card transactions in turn caused Bank of Hawaii to deposit approximately $71,546.24 into an account controlled by ARTHUR JEREMIAH.  Once the money was in his account, JEREMIAH wrote numerous checks to cash and thereby obtained the use of the money which he had fraudulently obtained.

10.    On or about the dates set forth below, in the District of Hawaii, ARTHUR JEREMIAH did knowingly execute, and attempt to execute, the aforesaid scheme and artifice to defraud Bank of Hawaii by depositing, and causing the deposit of, the following batches of fictitious credit card transactions for the purpose of obtaining the credit of monies to his account, with each such deposit constituting a separate count of this superseding indictment:

| COUNT | DATE | DEPOSITED ITEMS |
|-------|------|-----------------|
| 1 | 2/16/00 | Batch of credit card transactions totaling $121.44 |
| 2 | 2/16/00 | Batch of credit card transactions totaling $1,123.00 |

4

| COUNT | DATE | DEPOSITED ITEMS |
|-------|------|-----------------|
| 3 | 2/22/00 | Batch of credit card transactions totaling $971.52 |
| 4 | 2/26/00 | Batch of credit card transactions totaling $1,253.40 |
| 5 | 2/27/00 | Batch of credit card transactions totaling $940.50 |
| 6 | 2/27/00 | Batch of credit card transactions totaling $4,075.50 |
| 7 | 2/27/00 | Batch of credit card transactions totaling $1,093.51 |
| 8 | 2/27/00 | Batch of credit card transactions totaling $3,971.00 |
| 9 | 2/27/00 | Batch of credit card transactions totaling $1,038.40 |
| 10 | 2/27/00 | Batch of credit card transactions totaling $1,492.70 |
| 11 | 2/28/00 | Batch of credit card transactions totaling $1,260.20 |
| 12 | 2/28/00 | Batch of credit card transactions totaling $1,256.96 |
| 13 | 2/28/00 | Batch of credit card transactions totaling $1,272.36 |
| 14 | 2/29/00 | Batch of credit card transactions totaling $4,911.50 |
| 15 | 2/29/00 | Batch of credit card transactions totaling $1,228.88 |
| 16 | 3/8/00 | Batch of credit card transactions totaling $5,151.78 |
| 17 | 3/8/00 | Batch of credit card transactions totaling $4,741.60 |

| COUNT | DATE | DEPOSITED ITEMS |
|-------|------|-----------------|
| 18 | 3/8/00 | Batch of credit card transactions totaling $4,637.10 |
| 19 | 3/8/00 | Batch of credit card transactions totaling $5,053.60 |
| 20 | 3/12/00 | Batch of credit card transactions totaling $4,733.78 |
| 21 | 3/12/00 | Batch of credit card transactions totaling $5,159.60 |
| 22 | 3/12/00 | Batch of credit card transactions totaling $4,203.46 |
| 23 | 3/12/00 | Batch of credit card transactions totaling $699.60 |
| 24 | 3/12/00 | Batch of credit card transactions totaling $931.70 |
| 25 | 3/12/00 | Batch of credit card transactions totaling $902.00 |
| 26 | 3/12/00 | Batch of credit card transactions totaling $960.68 |
| 27 | 3/17/00 | Batch of credit card transactions totaling $4,219.10 |
| 28 | 3/17/00 | Batch of credit card transactions totaling $959.45 |
| 29 | 3/17/00 | Batch of credit card transactions totaling $3,181.92 |

All in violation of Title 18, United States Code, section 1344.

<u>COUNT 30</u>

The Grand Jury further charges that:

From on or about February 16, 2000, through on or about March 17, 2000, in the District of Hawaii and elsewhere, ARTHUR JEREMIAH did knowingly, and with intent to defraud, use an unauthorized access device, namely, merchant account no. 1012-0405-8990 at the Bank of Hawaii, to obtain goods and services having a value of more than One Thousand Dollars ($1,000), and thereby had an effect on interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1029(a)(2).

DATED: Honolulu, Hawaii, July 2, 2003.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Arthur Jeremiah</u>
Cr. No. 01-00093 ACK
"Superseding Indictment"