UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 01 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ARTHUR JEREMIAH,<br><br>Defendant - Appellant. | No. 04-10348<br><br>D.C. No. CR-01-00093-HG<br>District of Hawaii, Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 28 2005

at __11__ o'clock and ____min. __A__ M.
WALTER A.Y.H. CHINN, CLERK

Before: B. FLETCHER, TROTT and PAEZ, Circuit Judges

Appellant's motion for bail pending appeal is denied because appellant has not shown, by clear and convincing evidence, that appellant is not likely to flee or to pose a danger to the safety of any other person or the community if released. *See* 18 U.S.C. § 3143(b); *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985).

Because the undisputed portion of appellant's sentence has expired, this appeal is remanded for such further proceedings as the district court deems appropriate. *See United States v. Booker*, 125 S.Ct. 738 (2005).

**REMANDED.**

S:\MOATT\Panelord\03.05\id\04-10348b.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 26 2005

by: _____
Deputy Clerk