## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ARTHUR JEREMIAH,<br><br>Defendant - Appellant. | No. 04-10348<br>D.C. No. CR-01-00093-HG<br><br><br><br>**JUDGMENT** |
|---|---|

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 28 2005

at __ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered Friday, April 01, 2005

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 26 2005

by: _____
Deputy Clerk