# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 27, 2006

To:  United States Court of Appeals        Attn:  ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                                      (X)   Criminal
      95 Seventh Street
      San Francisco, California 94103                ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:          CR 01-00093HG              Appeal No:   05-10476
Short Title:    U.S.A. vs. Jeremiah

| | | |
|---|---|---|
| Clerk's Files in | _____ | volumes  (✓) original  ( ) certified copy |
| Bulky docs | _____ | volumes (folders)  docket # |
| Reporter's Transcripts | 14 | volumes  (✓) original  ( ) certified copy |
| Exhibits | _____ | volumes  ( ) under seal |
| | _____ | boxes  ( ) under seal |

Other:
  Request for Reporter Transcripts ONLY

Acknowledgment: _____    Date: _____

cc: all parties of record