# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 28, 2006

To:   United States Court of Appeals   Attn:   ( )   Civil
       For the Ninth Circuit
       Office of the Clerk                         (✓)   Criminal
       95 Seventh Street
       San Francisco, California 94103     ( )   Judge

From:  United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:      CR 01-00093HG         Appeal No:   05-10476

Short Title:   USA vs. JEREMIAH

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | 1 | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other: Transcripts mailed on 2/27/06
-certified copy of docket sheet
-sealed document nos: #68, 70, 73, 99

Acknowledgment: _____   Date: _____

cc: counsel