CR.01.00093HG
USA v. Arthur Jeremiah

**COMMERCIAL BUILDING MAINTENANCE**
P.O. BOX 26325 HONOLULU, HAWAII 96825
PHONE: 845-1955 • FAX: 845-2443

Complete Janitorial Services
HIGH PRESSURE WASHING / DEGREASING
CARPETS AND SPECIALTY CLEANING

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2006

at 1 o'clock and 49 min. PM
SUE BEITIA, CLERK

May 16, 2006

To:     Honorable, Judge Helen Gillmore
        U.S. District Judge

From:   Betty Mae Reyes, Office Manager
        C/O Commercial Building Maintenance

Dear Judge Gillmore:

This letter is in behalf of Arthur Jeremiah, who is an employee of Commercial Building Maintenance.

Mr. Jeremiah has been working part-time for our company since June 6, 2005 at minimum wage; some accounts pay a slightly higher rate. He has been diligent at all job sites and executed his job duties in an outstanding manner. By his actions here at Commercial Building Maintenance, he has proven to be a responsible employee by his dependability and easygoing persona.