FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Dear District Court Clerk,

Please take notice, that the Defendant, Arthur Jeremiah, hereby appeals to the United States Court of Appeals, Ninth Circuit, from the Judgment of Conviction for Violation of Supervised Release, U.S.S.G. § 7B1.1(a)(3) rendered against him and sentence imposed by the District Court for the District of Hawaii on or about May 16, 2006, by the Honorable Chief Judge Ms. Helen Gillmor.

Dated, 23 May 2006

Respectfully submitted,

[signature]

**FEDERAL DETENTION CENTER**
P.O. BOX 130080
HONOLULU, HI 96819
DATE: 2 4 MAY 2006
"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

NAME: Arthur Tealeuath
NUMBER: # 90056-022
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

HONOLULU HI 968
24 MAY 2006 PM 3 L

To: District Court Clerk
United States District Court
Prince Kuhio Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

LEGAL MAIL