MOATT INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
05-10476 USA v. Jeremiah

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff - Appellee | Lawrence L. Tong, Esq.<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>Leslie E. Osborne, Jr., Esq.<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| ARTHUR JEREMIAH<br>　　Defendant - Appellant | Richard S. Kawana, Esq.<br>FAX 808/536-7195<br>808/536-6805<br>Ste. 201<br>[COR LD NTC cja]<br>4 S. King St.<br>Honolulu, HI 96813-4309 |