# District Court Record Return Form
U.S. Court of Appeals For the Ninth Circuit

DATE: 6/16/06

| | |
|---|---|
| Chambers of Judge: Address: | Judge Alfred T. Goodwin, U.S. Court of Appeals<br>125 S. Grand Ave., Suite 506<br>Pasadena, CA 91109-1510    (Phone 626/229-7100) |
| District Ct/Agency: | Hawaii |
| Lower Court No: Agency/CV/CR | CR 01-00093 HG |
| 9th Circ. Appeal No: | 05-10476 |
| Short Title: | USA v. Jeremiah |
| Total Volumes: | |
| | Clerk Files:    Transcripts: 14 |
| | Sealed Env:    Expando Files: |
| | Lodged Docs: |
| Other: | |

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 19 2006

Note: The following items are missing. A search has been placed, and all missing items will be returned as soon as they are located:

_____
_____
_____

Please make three copies:
    Original: District Court
    Copy 1: File copy
    Copy 2: ATG's record return folder
    Copy 3: Steve Seferian, 9th Cir. Records Unit

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

**RECEIVED**

**FEB 2 8 2006**

CHAMBERS OF
HON. ALFRED T. GOODWIN
U.S. COURT OF APPEALS 9th CIR.

Date: February 27, 2006

To: Judge ALFRED T. GOODWIN            ( )   Civil
    U.S. COURT OF APPEALS BUILDING
    125 SOUTH GRAND AVE., STE 506      ( )   Criminal
    PASADENA  CA 91109-1510
                                       (x)   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 01-00093HG          Appeal No:    05-10476
Short Title:  U.S.A. vs. Jeremiah

| | | |
|---|---|---|
| Clerk's Files in | _____ | volumes  (✓) original  ( ) certified copy |
| Bulky docs | _____ | volumes (folders)  docket # |
| Reporter's Transcripts | 14 | volumes  (✓) original  ( ) certified copy |
| Exhibits | _____ | volumes  ( ) under seal |
| | _____ | boxes  ( ) under seal |

Other:
  Request for Reporter Transcripts ONLY

Acknowledgment: _____   Date: _____




**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date:    February 23, 2006

TO:      Clerk's Office
         USDC Hawaii (Honolulu)

FROM:    Richard Rhodes, Supervisor

SUBJECT: Request for Record on Appeal

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title           | District Court Number |
|-------------|-----------------|-----------------------|
| 05-10476    | USA v. Jeremiah | CR-01-00093-HG        |

RECEIVED FEB 28 2006
CHAMBERS OF
HON. ALFRED T. GOODWIN
U.S. COURT OF APPEALS 9th CIR.

**Please send record directly to:**

Judge ALFRED T. GOODWIN
U.S. COURT OF APPEALS BUILDING
125 SOUTH GRAND AVE, SUITE 506
Pasadena CA 91109-1510

PLEASE SEND RTS ONLY

*Reporter Transcripts Only*

9./.415-556-9800