## UNITED STATES COURTS OF APPEALS

### FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA　　　) FILED IN THE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　Plaintiff,　　　　　　　　DISTRICT OF HAWAII

vs.　　　　　　　　　　　　　　JUN 2 1 2006

ARTHUR JEREMIAH　　　　　　at 4 o'clock and 30 min. P M
　　　　　　　　　　　　　　　SUE BEITIA, CLERK
　　　　Defendant,

_____ )

ORDER FOR TIME SCHEDULE
CA No.
DC No.　　CR 01-00093HG

District of Hawaii
Notice of Appeal Filed ........ __05/30/06__
( ) CJA or F.P.　　( X ) Paid Appeal
( X ) Apptd Counsel　( ) Fed Defender
( ) Retained Counsel　( X ) In Custody
( ) On Bail　　　　( )
( )

The parties, counsel and court personnel, in the processing of this appeal, will comply with the following time schedule:

1. If not exempt, the docket fee will be transmitted to the Clerk of
   the District Court .................................................................................. IMMEDIATELY

2. Date transcript will be ordered from the court reporter. (If this case is............................... __07/12/06__
   under CJA, give the date that the order is to be given to the court reporter.)

3. The court reporter's transcript will be filed in the District Court........................................... __08/11/06__
   (Certificate of record will be submitted to the Court of Appeals by the Clerk of the District
   Court immediately upon the filing of the transcript. The Certificate of Record indicates that the
   complete trial court record including designated transcripts is available for use by the parties.)

4. Appellant's opening brief and excerpts of record will be served and filed pursuant to......... __09/20/06__
   FRAP 32 and Circuit Rules 32-3 and 32-4

5. The appellee's brief of no more than 35 pages will be served and filed............................... __10/20/06__
   pursuant to FRAP 32 and Circuit Rules 32-3 and 32-4

6. The appellant's (optional) reply brief will be served and filed pursuant to............. __11/03/06__
   FRAP 32 and Circuit Rules 32-3 and 32-4

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

　　　　　　　　　　　　For the Court

Note: FRAP 32 and Cir. Rule 32-3 & 32-4 sets
length limitations on briefs. These
may be modified only by order of
the Court. Cir. Rule 42-1 requires that
this appeal may be dismissed if
appellants brief is not timely filed.

Cathy A. Catterson
Clerk, U.S. Court of Appeals

by: _Saila M. Gramins_
　　　Deputy Clerk
　　　U.S. District Court