RECEIVED
CATHY A CATTERSON, CLERK
U.S. COURT OF APPEALS

JUN 27 2006

FILED _____  _____
DOCKETED _____  _____
                  DATE   INITIAL

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   U.S.A. vs. Arthur Jeremiah

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10397

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 01-00093HG-01

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 30 2006
11:30 am
DISTRICT OF HAWAII

II  **DATE NOTICE OF APPEAL FILED:** 05/30/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:** Court Appointed Counsel

   **DOCKET FEE PAID ON:**         **AMOUNT:**

   **NOT PAID YET:**               **BILLED:**

   **U.S. GOVERNMENT APPEAL:**     **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**    **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____  PAID _____  F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)