RICHARD S. KAWANA  #1608
Attorney at Law
4 South King Street, Suite 201
Honolulu, HI  96813
Tel: (808) 536-6805
Fax:   (808) 536-7195
Attorney for Defendant
ARTHUR JEREMIAH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ARTHUR JEREMIAH,  )<br>  )<br>   Defendant.  )<br>_____ ) | Cr. No. 01-00093 HG<br><br>MOTION FOR BAIL PENDING APPEAL and CERTIFICATE OF SERVICE; DECLARATION; MEMORANDUM IN SUPPORT OF MOTION |

<u>MOTION FOR BAIL PENDING APPEAL</u>

COMES NOW DEFENDANT ARTHUR JEREMIAH, by his undersigned, court-appointed CJA counsel, and hereby respectfully moves this Honorable Court for bail pending appeal of this court's judgment entered on May 30, 2006, revoking defendant's supervised release and resentencing defendant, inter alia, to additional incarceration of three months.

This Motion is made pursuant to Rules 46(c) and 47, Federal Rules of Criminal Procedure, and is based upon 18 U.S.C. §§ 3141(b), 3142, and 3143(b), the files and

records of this case, the attached declaration, exhibits, and memorandum, and all matters properly before the Court demonstrating good cause to grant this Motion.

DATED: Honolulu, Hawaii, July 6, 2006.

      /s/ Richard S. Kawana
RICHARD S. KAWANA
Attorney for Defendant
ARTHUR JEREMIAH

CERTIFICATE OF SERVICE
================

I hereby certify that, on the dates and by the method of service noted below, a true and correct copy of defendant's MOTION FOR BAIL PENDING APPEAL, was served on the following at his last known address:

<u>Served electronically through CM/ECF</u>:

Lawrence L. Tong    Larry.Tong@usdoj.gov        July 6, 2006


<u>By U.S. Mail, postage prepaid</u>:

U.S. Pretrial Services Office                    July 6, 2006
Rm 7-222, Prince Jonah Kuhio Kalanianaole
    Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

DATED: Honolulu, Hawaii, July 6, 2006.


    /s/ Richard S. Kawana
RICHARD S. KAWANA
Attorney for Defendant
ARTHUR JEREMIAH