# District Court Record Return Form

U.S. Court of Appeals For the Ninth Circuit

*— Just located these files, records (RTs retn'd 6/16/06)*

**DATE:** 7/12/06

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 1 3 2006
DISTRICT OF HAWAII

| | |
|---|---|
| Chambers of Judge: Address: | Judge Alfred T. Goodwin, U.S. Court of Appeals<br>125 S. Grand Ave., Suite 506<br>Pasadena, CA 91109-1510   (Phone 626/229-7100) |
| District Ct/Agency: | Hawaii |
| Lower Court No: Agency/CV/CR | CR-01-00093HG |
| 9th Circ. Appeal No: | 05-10476 |
| Short Title: | USA v. Jeremiah |
| Total Volumes: | |

| | | | |
|---|---|---|---|
| | Clerk Files: 2 | Transcripts: | (14 vols retn'd 6/16/06) |
| | Sealed Env: | Expando Files: | 1 |
| | Lodged Docs: | | |
| Other: | | | |

**Note:** The following items are missing. A search has been placed, and all missing items will be returned as soon as they are located:

_____
_____
_____

Please make three copies:
  Original: District Court
  Copy 1: File copy
  Copy 2: ATG's record return folder
  Copy 3: Steve Seferian, 9th Cir. Records Unit

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 28, 2006

To: United States Court of Appeals         Attn: ( )   Civil
     For the Ninth Circuit
     Office of the Clerk                                       (✓)   Criminal
     95 Seventh Street
     San Francisco, California 94103                ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:           CR 01-00093HG                    Appeal No:    05-10476

Short Title:    USA vs. JEREMIAH

Clerk's Files in    2    volumes  (✓) original  ( ) certified copy

Bulky docs    ____    volumes (folders)  docket #

Reporter's Transcripts    ____    volumes  (✓) original  ( ) certified copy

Exhibits    1    volumes  ( ) under seal

        ____    boxes  ( ) under seal

Other: Transcripts mailed on 2/27/06
-certified copy of docket sheet
-sealed document nos: #68, 70, 73, 99

Acknowledgment: _____   Date: _____

cc: counsel

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

## MEMORANDUM

Date:   March 22, 2006

TO:   Clerk's Office
      USDC Hawaii (Honolulu)

FROM:   Richard Rhodes, Supervisor

SUBJECT:   Request for Record on Appeal

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 05-10476 | USA v. Jeremiah | CR-01-00093-HG |

**Please send record directly to:**

Judge ALFRED T. GOODWIN
U.S. COURT OF APPEALS BUILDING
125 SOUTH GRAND AVE, SUITE 506
Pasadena CA 91109-1510