# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 8, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR No. 01-00093 HG-01

CASE NAME:          United States v. Arthur Jeremiah

ATTYS FOR PLA:      Lawrence L. Tong

ATTYS FOR DEFT:     Richard S. Kawana

JUDGE:   Helen Gillmor         REPORTER:

DATE:    August 8, 2006        TIME:

COURT ACTION:       **MINUTE ORDER**

    On July 6, 2006 Defendant filed a **MOTION FOR BAIL PENDING APPEAL** (Doc. No. 125).  The Court finds the provisions of 18 U.S.C. § 3143(b)(1)(B) have not been met.  The appeal does not raise a substantial question of law or fact.  The motion is **DENIED.**

Submitted by: David H. Hisashima, Courtroom Manager

cc:  above counsel
     Judge Helen Gillmor's chambers