# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 27, 2007

To: United States Court of Appeals    Attn: ( )  Civil
For the Ninth Circuit
Office of the Clerk                          (✓)  Criminal
95 Seventh Street
San Francisco, California 94103              ( )  Judge

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:       CR 01-00093HG          Appeal No:   06-10397

Short Title:  USA vs. ARTHUR JEREMIAH

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 13 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#68, 70, 73, 99, 107

Acknowledgment: _____  Date: _____

CC: COUNSEL