AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

552413

## District of Hawaii

UNITED STATES OF AMERICA

V.

ARTHUR JEREMIAH

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 01-00093HG(01)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 20 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED TO ARREST ARTHUR JEREMIAH and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

2007 APR -6 AM 9: 22    RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _signature_ | |
| Signature of Issuing Officer/Deputy Clerk | 04/04/07  at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL              By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Honolulu, HI._

| Date Received 4/6/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 4/19/07 | Arthur Oh / DUSM | _signature_ |