# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/27/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 01-00093HG

CASE NAME:          USA v. Arthur Jeremiah

ATTYS FOR PLA:      Lawrence L. Tong

ATTYS FOR DEFT:     Richard S. Kawana

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:     04/27/2007               TIME:        10:59 - 11:12

COURT ACTION:  EP: Probable Cause Hearing - deft present in custody. PO Carter Lee present.
Court finds probable cause.
Defendant's Oral Request for Release is DENIED.
Order to Show Cause Why Supervised Release Should Not be Revoked is set for 5/4/2007 @ 9:30 a.m., HG.
Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager