# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 1, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00093HG |
| CASE NAME: | USA vs. ARTHUR JEREMIAH |
| ATTYS FOR PLA: | Lawrence L. Tong, AUSA |
| ATTYS FOR DEFT: | Richard S. Kawana, Esq. |
| U.S.P.O.: | Carter A. Lee |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | May 1, 2007 | TIME: | 9:15 - 9:40 |

COURT ACTION:  DEFENDANT ARTHUR JEREMIAH'S APPEAL OF MAGISTRATE JUDGE'S DENIAL OF RELEASE PENDING HEARING -

Defendant is present in custody.

Discussion held.

Defendant Arthur Jeremiah's Appeal of Magistrate Judge's Denial of Release Pending Hearing is DENIED.

The hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked is continued from May 4, 2007 to May 29, 2007 at 2:00 p.m.

   Submitted by: Mary Rose Feria, Courtroom Manager