# MINUTES

CASE NUMBER:     CR 01-00093HG

CASE NAME:       USA vs. ARTHUR JEREMIAH

ATTYS FOR PLA:   Lawrence L. Tong, AUSA

ATTYS FOR DEFT:  Richard S. Kawana, Esq.

U.S.P.O.:        Carter A. Lee

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     May 29, 2007           TIME:        2:00 - 3:05
                                              3:30 - 4:30

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE
                      SHOULD NOT BE REVOKED -

Defendant is present in custody.

The defendant denied Violation Nos. 1, 2, 3, 4, and 5.

CST Carter Allan Lee.
2:20 p.m.  Cross-examination of Carter Allan Lee by Mr. Kawana.

The government stipulates to Exhibits A, B, C, D, E, F, G, H, and I.
Exhibits  A, B, C, D, E, F, G, H, and I are admitted into evidence.

3:05 p.m.  Recess
3:30 p.m.  Resume cross-examination of Carter Allan Lee by Mr. Kawana.

Exhibit K is admitted into evidence.
Exhibit J is admitted into evidence.

4:30 p.m. Further hearing on Order to Show Cause Why Supervised Release Should Not
Be Revoked is continued to June 29, 2007 at 2:00 p.m.

   Submitted by: Mary Rose Feria, Courtroom Manager