AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *District of Hawaii*

| UNITED STATES OF AMERICA | V. | ARTHUR JEREMIAH | EXHIBIT AND WITNESS LIST<br>CASE NUMBER: CR NO 01-00093 HG |
|---|---|---|---|

| PRESIDING JUDGE<br>HON. HELEN GILLMOR | PLAINTIFF'S ATTORNEY<br>LAWRENCE TONG | DEFENDANT'S ATTORNEY<br>RICHARD S. KAWANA |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | A | | | | Voluntary Payroll Deduction, dated 8/18/2006, to CBM |
| | B | | | | Voluntary Payroll Deduction, dated 8/31/2006, to Jan-Guard Hawaii |
| | C | | | | Request for Action, dated 10/18/2006 |
| | D | | | | Behavioral Contract, dated 11/14/2006 |
| | E | | | | Fax Transmittal Letter, dated 11/29/2006, to Robert at Jan-Guard Hawaii |
| | F-1 | | | | Fax Transmittal Letter, dated 11/30/2006, to Robert at Jan-Guard Hawaii |
| | F-2 | | | | Voluntary Payroll Deduction, dated 11/16/2006, to Jan-Guard Hawaii |
| | G-1 | | | | Fax Transmittal Letter, dated 11/30/2006, to Betty at CBM |
| | G-2 | | | | Voluntary Payroll Deduction, dated 11/16/2006, to CBM |
| | H | | | | Request for Action, dated 2/12/2007 |
| | I | | | | UA Log (8/22/2006 and 2/9/2007) |
| | J | | | | Record of Payments, 8/2006 to 12/2006 |
| | K | | | | Behavioral Contract, dated 11/14/2006, Defendant's Copy |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages