

U.S. Department of Justice

United States Attorney
District of Hawaii

---

6-100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100

(808) 541-2850
FAX (808) 541-2958

August 18, 2006

Commercial Building Management
1111 Dillingham Boulevard, Suite #H5
Honolulu, HI 96815

Re: **VOLUNTARY PAYROLL DEDUCTION**
NAME OF EMPLOYEE: ARTHUR JEREMIAH
SSN: XXX-XX-2095

Dear Sir/Madam:

The above-named individual is an employee of your company. Mr. Arthur Jeremiah would like to initiate a voluntary payroll deduction with your company to pay toward a U.S. Government debt and your cooperation in implementing this request is appreciated.

Mr. Jeremiah has agreed, as evidenced by his signature below, to authorize you to deduct from his salary **10% (ten percent) of gross** per paycheck effective immediately. This deduction will continue until you receive further notice from our office. Please mail the checks to the following address:

Clerk, U.S. District Court
Room C-338, U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, HI 968509

Check payable to:
Please annotate on each check:

**Clerk, U.S. District Court**
Arthur Jeremiah
01-00093 (R)

Your cooperation and assistance in this matter are appreciated. If you have any questions, please contact Erlinda Lowry, Financial Litigation Agent, at (808) 440-9287.

Sincerely,

EDWARD H. KUBO, JR.
United States Attorney

By: _[signature]_
ERLINDA LOWRY
Financial Litigation Agent

AGREED:

_[signature]_                          8/22/06
ARTHUR JEREMIAH                        DATE

**EXHIBIT A**