# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
#### PROBATION OFFICE

**RICHARD W. CRAWFORD**
Chief Probation Officer

October 18, 2006

Room C - 110
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-0110
Tel. (808) 541-1283
FAX (808) 541-1345

### REQUEST FOR ACTION

Mr. Arthur Jeremiah
475 Atkinson Drive #605
Honolulu, Hawaii 96814

Dear Mr. Jeremiah:

This letter serves as a request for action and reminder that several previously requested tasks must be completed on later than 11/5/2006. On 10/6/2006, I contacted you to request the submittal of your September Monthly Report (MR) and all of your paystubs to verify your restitution payments. You reported that the September MR and all of your paystubs were mailed and in transit. I noted that the MR would be considered late, but agreed to accept the documents. As of the date of this letter, I have not received those documents. You are instructed to submit your September MR and all financial documents to the U.S. Probation Office no later than 10/25/2006. Furthermore, during our discussion on 10/6/2006, you agreed to provide proof that your 2005 taxes has been filed, pursuant to Special Condition #4, and that your exemptions for your employment at Jan-Guard has been amended, pursuant to Special Condition #5, no later than your October MR which is due on 11/5/2006.

Be warned that your failure to follow these instructions will be a violation of your conditions of supervised release and may result in sanctions, to include the revocation of your supervised release.

Sincerely,

Carter A. Lee
U.S. Probation Officer


EXHIBIT C