# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### PROBATION OFFICE

RICHARD W. CRAWFORD
Chief Probation Officer

November 14, 2006

Room C - 110
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-0110
Tel. (808) 541-1283
FAX (808) 541-1345

## BEHAVIORAL CONTRACT

I, Arthur Jeremiah, acknowledge that I have been in violation of the conditions of my supervised release for the following reasons: 1) failing to submit a timely monthly report for the month of October 2006 in accordance with Standard Condition #2; 2) failing to provide financial documentation to verify restitution payments for August and September 2006 in accordance with Special Condition #1; 3) failing to provide proof of filing 2006 federal and state income taxes in accordance with Special Condition #4; 4) failing to provide proof of claiming either "0" or "1" exemptions for all employers in accordance with Special Condition #5; and 5) failing to submit timely restitution payments in accordance with the district collection policy.

---

*I agree to comply with the following contract by:

1) abiding by the general, standard, and special conditions of supervision

2) submit timely monthly reports no later than the 10th of the following month

3) provide all paystubs, bank statements, and check registers which pertain to August 2006 to November 2006 no later than 12/1/2006

4) provide proof of filing state and federal income tax returns no later than 12/1/2006

5) provide proof of claiming either "0" or "1" exemptions for all employers no later than 12/1/2006

6) execute an amended voluntary payroll deduction to authorize a deduction of 25% of net income and provide an additional payment to cover any arrearages no later than 12/1/2006

---

I acknowledge that I was provided a copy of my Conditions of Supervised Release (form 7A).

I understand that if I fail to comply with this Behavioral Contract, I could face further sanctions, including possible revocation.

_____        _____
Arthur Jeremiah                                          Date
Supervisee

_____        _____
Carter Lee                            EXHIBIT              Date
U.S. Probation Officer