## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
PROBATION OFFICE

**RICHARD W. CRAWFORD**
Chief Probation Officer

Room C - 110
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-0110
Tel. (808) 541-1283
FAX. (808) 541-1345

### FACSIMILE TRANSMITTAL LETTER

TO:     Robert
        Jan-Guard Hawaii

FAX NO.:   (808)585-6957
PHONE NO.:

FROM:   Carter Lee
        U.S. Probation Officer

FAX NO.:   (808) 541-1345
PHONE NO.: (808) 541-1283

        Honolulu, Hawaii

DATE:   November 29, 2006

RE:     Arthur Jeremiah

Transmitted herewith: TOTAL PAGES including this page __1__

DESCRIPTION

Dear Robert,

Thanks for your cooperation with the U.S. Probation Office. Mr. Jeremiah has executed the amended voluntary payroll consent forms. However, I need to confirm his current arrearages before I send them to you. Can you provide me his gross and net income amounts for his September paychecks. I could not determine those amounts from the company documents Mr. Jeremiah submitted on 11/27. Please fax me the information at your convenience.

Sincerely,

Carter A. Lee
U.S. Probation Officer

