```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4823
RECIPIENT ADDRESS     98452443
DESTINATION ID
ST. TIME              11/30 09:26
TIME USE              00'22
PAGES SENT            2
RESULT                OK
```

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### PROBATION OFFICE

**RICHARD W. CRAWFORD**
Chief Probation Officer

Room C - 110
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-0110
Tel. (808) 541-1283
FAX. (808) 541-1345

## FACSIMILE TRANSMITTAL LETTER

TO: Betty CBM

FAX NO.: (808) 845-2443
PHONE NO.:

FROM: Carter Lee
U.S. Probation Officer
Honolulu, Hawaii

FAX NO.: (808) 541-1345
PHONE NO.: (808) 541-1283

DATE: November 30, 2006

RE: JEREMIAH, Arthur

Transmitted herewith: TOTAL PAGES including this page _____

EXHIBIT G-1

### DESCRIPTION

Please find the attached Voluntary Payroll Deduction Form for Arthur Jeremiah. To comply with the U.S. District Court collection policy, Mr. Jeremiah's garnishment will be permanently increased to **25 % of his NET INCOME**. In addition, to address an outstanding balance for the Months of September and October, Mr. Jeremiah has also agreed to an immediate/additioanl deduction of $275. As a result, his next paycheck should reflect a garnishment of 25 % of his net income PLUS a $275 one time payment. Please note that Mr. Jeremiah may subsequently ask you to include another "one time payment" to address his November paychecks. Thank you very much for your continued cooperation.



U.S. Department of Justice

United States Attorney
District of Hawaii

6-100 PJKK Federal Building  (808) 541-2850
300 Ala Moana Boulevard  FAX (808) 541-2958
Honolulu, Hawaii 96850-6100

November 16, 2006

Commercial Building Management
1111 Dillingham Boulevard, Suite #H5
Honolulu, HI 96815

Re:  VOLUNTARY PAYROLL DEDUCTION
     NAME OF EMPLOYEE:  ARTHUR JEREMIAH
     SSN:              XXX-XX-2095

Dear Sir/Madam:

The above-named individual is an employee and had initiated a voluntary payroll deduction request with your company via letter dated August 18, 2006. Mr. Arthur Jeremiah had requested that the payroll department deduct 10% of gross from his salary each paycheck to pay towards a U.S. Government debt.

Our letter is written to request a change on the percentage amount. Mr. Jeremiah has approve and is agreeable of this change. Effective immediately, please deduct **25% of net per paycheck** plus $275.00. The additional amount is a **one-time deduction**. Please cancel the previous request of 10% of monthly gross. The deduction of 25% of net per paycheck will continue thereafter until you are notified otherwise. Please mail the checks to the following address:

Clerk, U.S. District Court
Room C-338, U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, HI 968509

Check payable to:                    **Clerk, U.S. District Court**
Please annotate on each check:       **Arthur Jeremiah**
                                     **01-00093®**

Your cooperation and assistance in this matter are appreciated. If you have any questions, please contact Erlinda Lowry, Financial Litigation Agent, at (808) 440-9287.

Sincerely,

EDWARD H. KUBO, JR.
United States Attorney

By: _____
ERLINDA LOWRY
Financial Litigation Agent

AGREED:

_____           11-27-06
ARTHUR JEREMIAH                   DATE

EXHIBIT
G-2