# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
#### PROBATION OFFICE

RICHARD W. CRAWFORD  
Chief Probation Officer

February 12, 2007

Room C - 110  
300 Ala Moana Blvd.  
Honolulu, Hawaii 96850-0110  
Tel. (808) 541-1283  
FAX (808) 541-1345

### REQUEST FOR ACTION

Mr. Arthur Jeremiah  
475 Atkinson Drive #605  
Honolulu, Hawaii 96814

Dear Mr. Jeremiah:

This letter serves as clarification as to our recent meeting and as a request for action prior to next meeting on 2/28/2007. First, please note that your have violated the terms of your supervision for: 1) failing to provide a complete record of paystubs to verify restitution payments for August and September 2006; 2) failing to provide proof that you completed your 2006 federal and state income taxes by 8/1/2006; 3) failing to provide proof that you decreased your federal and state tax exemptions by 8/1/2006; 4) failing to submit timely monthly reports for August, September, and October 2006; 5) failing to report for office visit on 11/24 at 12 p.m.; and 6) failing to pay makeup payment of $52.29 on 1/12. In addition, you have not submitted complete restitution payments for the following months of September, October, November 2006 and January 2007. The listed compensation information has been verified through employer documents or consultation with accounting personnel:

|            | Jan-Guard-Gross(Net) | CBM-Gross (Net) | Total/Amt. Owed | Paid | Deficiency |
|------------|----------------------|------------------|-----------------|------|------------|
| August:    | $21.00 | $56.00 | $77.00 | $7.7 | $0.00 |
| September: | $678.13 (607.82)<br>$858.88 (762.80) | $294.00 (228.86)<br>$385.00 (298.47) | $1,897.95<br>$474.48 | $153.79 | -$320.69 |
| October:   | $878.88 (779.90)<br>$1,077.75 (935.19) | $420.00 (325.05)<br>$420.00 (325.05) | $2,365.19<br>$591.29 | $241.71 | -$349.58 |
| Nov:       | $753.00 (672.18)<br>$125.63 (116.02) | $413.00 (319.73)<br>$641.31 (486.09) | $1,594.02<br>$398.50 | $194.86 | -$203.64 |
| Dec:       | $64.00 (59.10)<br>$300.00 (276.49) | $764.00 (574.23)<br>$798.00 (598.06)<br>$672.00 (509.68) | $2,017.56<br>$504.39 | $515.50 | +11.11 |
| Jan:       | $360.00 (319.07)<br>$210.00 (193.93) | $552.00 (425.09)<br>$672.00 (509.67) | $1,447.76<br>$361.94 | $240 | -$121.94 |



EXHIBIT H

As previously discussed, you are instructed to report to the U.S. Probation Office 2/28/2007 at 1:00 p.m. Because I have determined your outstanding restitution balances, **you are instructed to submit your January balance of $121.94 and an additional payment of $200.00, for a total of $321.94, on 2/28/2007.** The additional $200.00 payment will be added to each monthly balance until your outstanding balance of $873.91 (September, October, and November 2006) is paid in full. Be warned that further violations will evidence your unwillingness to comply with the terms and conditions of supervision and additional sanctions may result, to include the revocation of your supervised release.

Sincerely,

Carter A. Lee
U.S. Probation Officer