| UA LOG | | | | |
|---|---|---|---|---|
| Date | Specimen # | Comments/Medications | Results | Retest |
| 3/22/06 | MLL | USPO /UCCA #1 | — | |
| 2/9/07 | MLL | USPO / UCCA #2 | — | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT**

I