### RECORD OF PAYMENTS
Net is less than $1200 = 10% of gross
Net is more than $1200 = 25% of net

| MONTH/YEAR | GROSS/NET | % DUE | AMOUNT DUE | DATE PAID | AMOUNT PAID | |
|---|---|---|---|---|---|---|
| Aug/2006 | $7.7 | 10% | $7.7 | Sept/2006 | $7.70 | owed |
| Sept/2006 | $1,813.25(N) | 25% | $453.31 | Sept/2006 | $153.79 | -299.52 |
| Oct/2006 | $2,085.52 | 25% | $521.36 | Oct/2006 | $279.67 | -241.71 |
| Nov/2006 | $1,399.16 | 25% | $349.79 | Nov/2006 | $194.86 | -154.93 |
| Dec/2006 | $1258.54 | 25% | $314.63 | Dec/2006 | $683.50 | +368.87 |

EXHIBIT J