# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00093HG |
| CASE NAME: | USA vs. ARTHUR JEREMIAH |
| ATTYS FOR PLA: | Lawrence L. Tong, AUSA |
| ATTYS FOR DEFT: | Richard S. Kawana, Esq. |
| U.S.P.O.: | Carter A. Lee |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | June 29, 2007 | TIME: | 2:00 - 5:00 |

COURT ACTION: FURTHER HEARING ON THE ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

Defendant is present in custody.

Previous hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked was held on May 29, 2007.

On May 29, 2007, the defendant denied Violation Nos. 1, 2, 3, 4, and 5.

Exhibit J, K, L - admitted into evidence

2:11 p.m. Carter A. Lee still under oath.  Resumed cross-examination of Carter A. Lee by Mr. Richard S. Kawana
2:19 p.m. Brief voir dire by AUSA Lawrence L. Tong
2:21 p.m. - Resumed cross-examination of Carter A. Lee by Mr. Richard S. Kawana.

3:20 p.m - Recess

3:40 p.m. - Mr. Richard S. Kawana's Offer of Proof
4:06 p.m. - Re-direct examination of Carter A. Lee by AUSA Lawrence L. Tong
4:09 p.m. - Re-re cross examination of Carter A. Lee by Mr. Richard S. Kawana

4:13 p.m.  Court addressing counsel

Defendant's request to continue the Order to Show Cause hearing for another witness is DENIED.

Mr. Richard Kawana informs the Court that the defendant would like to take the witness stand.

After further discussion between defendant Arthur Jeremiah and his counsel Mr. Richard Kawana, the defendant decided to not take the witness stand.

The Court finds that the defendant has violated Violation Nos. 1, 2, 3, 4, and 5.

The Court finds that this is a Grade C violation, Criminal History Category I.

Allocution by the defendant.

Supervised Release is revoked.

>ADJUDGED: Impr. of twelve (12) MONTHS.

>SUPERVISED RELEASE: 24 MONTHS upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That restitution of $65,982.09 is due immediately to Bank of Hawaii, Security Department, 111 S. King Street, Suite 1620, Honolulu, Hawaii 96813, less restitution paid during his previous term of supervised release and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

7. That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to

      include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

9. That the defendant shall maintain a single personal checking account, into which all income, financial proceeds, and gains shall be deposited and from which all expenses shall be paid.

10. The defendant shall truthfully and timely file and pay taxes owed for 2006, and shall truthfully and timely file and pay taxes during the period of supervision. The defendant shall show proof to the Probation Officer of compliance with this order.

11. The defendant shall resubmit new Internal Revenue Service W-4 Forms with each employer for 2006 and thereafter. The defendant shall only be allowed to claim exemptions of "0" or "1," unless he provides evidence that he has a dependent. The defendant shall show proof of compliance with this order.

12. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal the sentence, etc.

      Submitted by: Mary Rose Feria, Courtroom Manager