RICHARD S. KAWANA  #1608
Attorney at Law
4 South King Street, Suite 201
Honolulu, HI  96813
Tel. No.: (808) 536-6805
Fax No.: (808) 536-7195

Attorney for Defendant
ARTHUR JEREMIAH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2007

at 9 o'clock and 45 min. A .m
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR. NO. 01-00093 HG 01 |
| Plaintiff,  ) | NOTICE OF APPEAL |
| v.  ) | |
| ARTHUR JEREMIAH,  ) | |
| Defendant.  ) | |

NOTICE OF APPEAL

Notice is hereby given that Defendant ARTHUR JEREMIAH, by his attorney, Richard S. Kawana, hereby appeals pursuant to the Criminal Justice Act, to the United States Court of Appeals for the Ninth Circuit, from the Judgment in a Criminal Case, filed on July 9, 2007 and entered on July 10, 2007 by the Honorable Helen Gillmor, Chief United States District Judge, District of Hawaii.

DATED:  Honolulu, Hawaii, July 19, 2007.

*/s/ Richard S. Kawana*
RICHARD S. KAWANA
Attorney for Defendant