TO:      Clerk, U.S. Court of Appeals                               Date: July 25, 2007

FROM:    Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:        U.S.A. vs ARTHUR JEREMIAH

U.S.D.C CASE NO.       CR 01-00093HG-01

U.S.D.C. JUDGE:        Helen Gillmor

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED:   03/15/01

APPEALED ORDER FILED:     07/09/07

NOTICE OF APPEAL FILED:   07/19/07

## COUNSEL INFORMATION

| APPELLANT: | APPELLEE: |
|---|---|
| RICHARD KAWANA. | LARRY TONG, AUSA |
| ATTORNEY AT LAW | OFFICE OF THE U.S. ATTORNEY |
| 4 SOUTH KING ST., STE. 201 | 300 ALA MOANA BLVD., RM. 6100 |
| HONOLULU, HI 96813 | HONOLULU, HI 96850 |

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                          CUSTODY:            ✓
                                  BAIL:               ___
                                  COUNSEL WAIVED:     ___
F/P GRANTED:     __
                                  COURT REPORTER(S):  ESR, STEVE
NO OF DAYS OF TRIAL:   4                              PLATT,
                                                      CYNTHIA
                                                      FAZIO, SEE
                                                      DOCKET
                                                      SHEETS

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:**     U.S.A. vs. ARTHUR JEREMIAH

   **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 01-00093HG-01


II  **DATE NOTICE OF APPEAL FILED:**    07/19/07


III  **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA

   **DOCKET FEE PAID ON:**            **AMOUNT:**

   **NOT PAID YET:**                  **BILLED:**

   **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED**:

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE**:

   **WAS F.P. STATUS REVOKED**:       **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**


IV  **COMPANION CASES, IF ANY:**


V.  **COMPLETED IN THE U.S. DISTRICT COURT BY**:

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

July 25, 2007

LARRY TONG, AUSA
OFFICE OF THE U.S. ATTORNEY
300 ALA MOANA BLVD., RM. 6100
HONOLULU, HI 96850

      IN RE:      U.S.A v. ARTHUR JEREMIAH
      CR NO.     CR 01-00093HG-01

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 07/19/07.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                    Sincerely,
                    Sue Beitia, Clerk

                    By    Laila M. Geronimo
                          Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
         docket sheet, dfnf
      RICHARD KAWANA.
         with copy of instructions for criminal appeals
         Transcript Desig. & Ordering Form
         with instructions and a copy of the
         docket sheet