AO 245B   (Rev. 6/05) Judgment in a Criminal Case
          Sheet 2 - Imprisonment

CASE NUMBER:     01:CR00093-001                                                  Judgment - Page 3 of 5
DEFENDANT:       ARTHUR JEREMIAH

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 MONTHS.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 31 2007

at 8 o'clock and 30 min. a M.
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __7-20-07__ to __FDC Honolulu__

at __Honolulu, HI__, with a certified copy of this judgment.

                                                          John T. Rothman
                                                      WARDEN ~~UNITED STATES MARSHAL~~

                                              By ___W. Tsai___
                                                 LJE   ~~Deputy U.S. Marshal~~