UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 6 2007
1:20 pm
DISTRICT OF HAWAII

DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**   U.S.A. vs. ARTHUR JEREMIAH
     **U.S. COURT OF APPEALS DOCKET NUMBER:** 7-10365
     **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
     **U.S. DISTRICT COURT DOCKET NUMBER:** CR 01-00093HG-01

II   **DATE NOTICE OF APPEAL FILED:**   07/19/07

III  **U.S. COURT OF APPEALS PAYMENT STATUS: CJA**
     **DOCKET FEE PAID ON:**          **AMOUNT:**
     **NOT PAID YET:**                **BILLED:**
     **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**
     **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**
     **IF YES, SHOW DATE:**
     **WAS F.P. STATUS REVOKED:**     **DATE:**
     **WAS F.P. STATUS LIMITED IN SOME FASHION?**
     **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**
     Laila M. Geronimo

AMENDED NOTIFICATION _____  PAID _____  F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)