IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-10365    U.S. District Court Case No. CR01-00093HG-01

Short Case Title USA v. ARTHUR JEREMIAH

Date Notice of Appeal Filed by Clerk of District Court July 19, 2007

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 10 2007
at 1 o'clock and 30 min. 4 M.
SUE BEITIA, CLERK

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| See attached page | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 8/9/07    Estimated date for completion of transcript 9/9/07

Print Name of Attorney RICHARD S. KAWANA    Phone Number 536-6805

Signature of Attorney [signature]

Address 4 South King St, Ste 201, Honolulu, HI 96813

SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript—Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                    BY: _____
(U.S. District Court Clerk)    (date)         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form
Page 2–Continuation Sheet

CA Case No: 07-10365           DC Case No: CR 01-00093HG-01
Short Case Title: USA v. Arthur Jeremiah
Notice of Appeal Filed: July 19, 2007

Section A - Continued

| Hearing Date | Court Reporter | Proceedings |
| --- | --- | --- |
| 4/27/07 | ESR/Tape/CD | Probable Cause Hearing |
| 5/1/07 | Gloria Bediamol | Appeal of Magistrate Judge's Denial of Release Pending Hearing |
| 5/29/07 | Stephen B. Platt | Order to Show Cause Why Supervised Release Should Not be Revoked |
| 6/29/07 | Stephen B. Platt | Further Hearing on Order to Show Cause Why Supervised Release Should Not be Revoked |