IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __07-10365__   U.S. District Court Case No. __CR01-00093HG-01__

Short Case Title __USA v. ARTHUR JEREMIAH__

Date Notice of Appeal Filed by Clerk of District Court __July 19, 2007__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 10 2007
at __1__ o'clock and ____ min ____ M.
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| __See attached page__ | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __8/9/07__   Estimated date for completion of transcript __9/9/07__

Print Name of Attorney __RICHARD S. KAWANA__   Phone Number __536-6805__

Signature of Attorney __Richard S Kawana__

Address __4 South King St, Ste 201, Honolulu, HI  96813__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
     (signature of court reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__202__ Approximate Number of Pages in Transcript—Due Date __10/9/07__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 15 2007
at __4__ o'clock and __30__ min __P__ M.
SUE BEITIA, CLERK

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __10/9/07__   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__                __10/15/07__                BY: _____
(U.S. District Court Clerk)      (date)                         DEPUTY CLERK

cc: Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form
Page 2–Continuation Sheet

CA Case No: 07-10365    DC Case No: CR 01-00093HG-01
Short Case Title: USA v. Arthur Jeremiah
Notice of Appeal Filed: July 19, 2007

Section A - Continued

| Hearing Date | Court Reporter | Proceedings |
| --- | --- | --- |
| 4/27/07 ✓ | ESR/Tape/CD | Probable Cause Hearing |
| 5/1/07 ✓ | Gloria Bediamol | Appeal of Magistrate Judge's Denial of Release Pending Hearing |
| 5/29/07 ✓ | Stephen B. Platt | Order to Show Cause Why Supervised Release Should Not be Revoked |
| 6/29/07 ✓ | Stephen B. Platt | Further Hearing on Order to Show Cause Why Supervised Release Should Not be Revoked |