Arthur Jeremiah
546 Kaaahi street
Honolulu, Hawaii 96817

Defendant Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,  ) CR. No. 01-00093 HG 01
        Plaintiff,          ) NOTICE OF CHANGE
                            ) IN DEFENDANT'S
ARTHUR JEREMIAH,            ) ECONOMIC CIRCUMSTANCES
        Defendant,          )

NOTICE OF CHANGE IN DEFENDANT'S ECONOMIC CIRCUMSTANCES

NOTICE IS HEREBY GIVEN THAT DEFENDANT, Arthur Jeremiah pursuant to 18 USC § 3664 (K) informs this Court that a material change has occurred on April 18, 2008, in Defendant's economic circumstances at the Institute of Human Services that might affect the Defendant's ability to pay restitution ordered from the Judgement by the Honorable Helen Gillmor Chief United States District Judge, District of Hawaii.

DATED: Honolulu, Hawaii, April 23, 2008

Arthur Jeremiah
Defendant Pro Se

Arthur Tenerieff
C/o Institute of Human Services
546 Kaaahi street
Honolulu, Hawaii 96817

To: Clerk
United States District Court
300 Ala Moana Blvd
Honolulu, Hawaii 96850

Legal Mail - Special [illegible]



HONOLULU HI 968
23 APR 2008 PM 1 T