# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 27, 2007

**RECEIVED**
CLERK U.S. DISTRICT COURT
AUG 19 2008
2:45 pm
DISTRICT OF HAWAII

To: United States Court of Appeals    Attn: ( ) Civil
       For the Ninth Circuit
       Office of the Clerk                   (✓) Criminal
       95 Seventh Street
       San Francisco, California 94103      ( ) Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:      CR 01-00093HG        Appeal No:    06-10397

Short Title:    USA vs. ARTHUR JEREMIAH

**FILED**
MAR 01 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Clerk's Files in     2     volumes (✓) original ( ) certified copy

Bulky docs                volumes (folders) docket #

Reporter's Transcripts    13 old   volumes (✓) original ( ) certified copy

Exhibits                   volumes ( ) under seal

                           boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:#68, 70, 73, 99, 107
In Expando Folder

Acknowledgment: _____ Date: _____

CC: COUNSEL